DR. R. CARREIRA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-29

LT. JOSEPH P. KENNEDY, JR., SCHOOL FOR EXCEPTIONAL CHILDREN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 26, 1973.*

LT. JOSEPH P. KENNEDY, JR., SCHOOL FOR EXCEPTIONAL CHILDREN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.